NO. 30592

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

MAILE P. DAVID, CANDIDA ABRIL and
NELLIE J. MEDEIROS, Petitioners,

vs.

KENNETH GOODENOW, COUNTY CLERK OF THE COUNTY
HAWAII, STATE OF HAWAIʻI, Respondent.

FILED 2010 JUL 15 PM 4:15

ORIGINAL PROCEEDING

## ORDER GRANTING IN PART PETITION FOR A WRIT OF MANDAMUS
(By: Moon, C.J., Nakayama, Acoba, and Recktenwald, JJ. and
Circuit Judge Kubo, in place of Duffy, J., recused)

Upon consideration of the petition for a writ of mandamus filed by petitioners Maile P. David, Candida Abril, and Nellie J. Medeiros and the papers in support,

IT IS HEREBY ORDERED that the petition for a writ of mandamus is granted in part. Respondent shall issue nomination papers to Maile P. David pursuant to the Application for Nomination Papers submitted by Maile P. David on June 25, 2010.

DATED: Honolulu, Hawaiʻi, July 15, 2010.